MEGAN K. DORSEY, ESQ.
Nevada Bar No. 6959
EILEEN C. LUTTRELL, ESQ.
Nevada Bar No. 4980
KOELLER NEBEKER CARLSON
& HALUCK, LLP
400 South Fourth Street, Suite 600
Las Vegas, NV 89101
Phone: (702) 853-5500
Fax: (702) 853-5599
megan.dorsey@knchlaw.com
Attorneys for Plaintiff
AMERICAN STRATEGIC INSURANCE CORP.

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

AMERICAN STRATEGIC INSURANCE CORP.,

Plaintiff,

vs.

ERIC MEDINA; DOES 1-10, inclusive and ROE CORPORATIONS 1-10, inclusive,

Defendants.

CASE NO.: 2:18-cv-01834-RFB-VCF

**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

This matter is an action for declaratory relief regarding insurance coverage concerning a lawsuit filed in the Second Judicial District of Nevada, Washoe County (Case No. CV17-01074). The lawsuit, Case No. CV17-01074, was the subject of a mediation conducted on December 13th and 14th, 2018. During the mediation, Case No. CV17-01074 was resolved. In consideration of Case No. CV17-01074 being resolved on December 14, 2018 at mediation, the parties, through their counsel, do hereby stipulate and agree as follows:

IT IS HEREBY STIPULATED BY AND BETWEEN, Plaintiff, AMERICAN STRATEGIC INSURANCE CORP. [hereinafter "Plaintiff"], by and through its attorneys of record, KOELLER, NEBEKER, CARLSON & HALUCK, LLP, and Defendant, ERIC MEDINA [hereinafter "Defendant"], by and through his attorneys of record, MARQUIS

AURBACH COFFING, that Plaintiff will dismiss its Amended Complaint against Defendant and that the above-entitled action will be dismissed with prejudice, each party to bear their own attorneys' fees, litigation costs and expenses. A trial date has not been set in this matter.

IT IS FURTHER STIPULATED BETWEEN THE PARTIES, that Defendant's pending Motion to Stay (ECF No. 10) is withdrawn as moot and that there is no necessity for Plaintiff to file a Response to the Motion to Stay.

DATED this 21st day of December, 2018.

KOELLER NEBEKER CARLSON
& HALUCK, LLP

By: *___/s/ Eileen C. Luttrell___*
MEGAN K. DORSEY, ESQ.
Nevada Bar No. 6959
EILEEN C. LUTTRELL, ESQ.
Nevada Bar No. 4680
400 S. 4th Street, Suite 600
Las Vegas, NV 89101
Attorneys for Plaintiff,
AMERICAN STRATEGIC INSURANCE CORP.

DATED this 21st day of December, 2018.

MARQUIS AURBACH COFFING

By: *___/s/ Chad F. Clement___*
CHAD F. CLEMENT, ESQ.
Nevada Bar No. 12192
SAMUEL D. GEORGE, ESQ.
Nevada Bar No. 14523
10001 Park Run Drive
Las Vegas, NV 89145
Attorneys for Defendant,
ERIC MEDINA

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

## ORDER

**IT IS HEREBY ORDERED** that Plaintiff's Amended Complaint against Defendant ERIC MEDINA is dismissed with prejudice, and the above-entitled action be, and the same hereby is, dismissed with prejudice, with the parties to bear their own attorneys' fees, litigation costs and expenses.

**IT IS FURTHER ORDERED**, that Defendant's pending Motion to Stay (ECF No. 10) is withdrawn as moot and that there is no necessity for Plaintiff to file a Response to the Motion to Stay.

______________________________
**UNITED STATES DISTRICT JUDGE**

DATED: December 27, 2018

Submitted by,

KOELLER, NEBEKER CARLSON
& HALUCK, LLP

By: *__/s/ Eileen C. Luttrell__*
MEGAN K. DORSEY, ESQ.
Nevada Bar No. 6959
EILEEN C. LUTTRELL, ESQ.
Nevada Bar No. 4680
400 S. 4th Street, Suite 600
Las Vegas, NV 89101
Attorneys for Plaintiff,
AMERICAN STRATEGIC INSURANCE CORP.